# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

TANEISHA BEDENFIELD,

                Plaintiff,

v.                                                  CIVIL CASE: 19-2658-SAC

UNITED PARCEL SERVICE, INC.,

                Defendant.

**( )**  **JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )**  **DECISION BY THE COURT.**  This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 42) filed March 31, 2021, the defendants' motion for summary judgment (Doc. 34) is granted.

**Dated:   March 31, 2021**          **TIMOTHY M. O'BRIEN, CLERK**

                                                                s/M. Barnes
                                                             **By: Deputy Clerk**